SEALED

B





© Disney











E



3/16/2021                          https://iadc-admin.lovebookonline.com/orderReceipt/?orderId=23915049

 **LoveBook®**                                    # RECEIPT

## BILLING

| | |
|---|---|
| **ORDER NUMBER** | **BILLED TO** |
| 23915049 | Jennifer Faith |
| | ⬛⬛S WAVERLY DR |
| **DATE**      **AMOUNT** | DALLAS, TX |
| 2020-02-06    $140.08 | 75208 |
| | USA |
| | 6025314240 |
| **PAYMENT METHOD** | |
| PayPal | |

## ORDER

| | |
|---|---|
| LoveBook - Hardcover Color | $59.95 |
| Gift Box & Bag Kit | $14.95 |
| Digital LoveBook | $4.95 |
| The Big Activity Book For Couples | $14.95 |
| The Quiz Book For Couples | $14.95 |
| Shipping Cost: | $19.95 |
| Tax: | $10.38 |

### Grand Total USD:                           140.08

## SHIPPING

| | |
|---|---|
| **ESTIMATED DELIVERY DATE** | **SHIPPED TO** |
| 2020-02-13 | Jennifer Faith |
| | ⬛⬛S WAVERLY DR |
| **CARRIER**    **SHIPPING COST** | DALLAS, TX |
| Premium (US)    $19.95 | 75208 |
| | USA |

### CHECK MY ORDER STATUS

## SO...WHAT NOW?

**1. YOUR ORDER HAS BEEN PROCESSED**       **2. ORDERS TAKE 4-5 BUSINESS DAYS**

**F**



Jamie,
Thank you for my
wonderful life.
This book is a keepsake
we can look back at
for years to come. I
can't wait to celebrate
many more Valentine's
Days with you, my love.



# I love how safe you make me feel, Jamie







On Valentine's Day,
I hope you feel how
much I love you and how
grateful I am to have
you in my life





# I love that you are generous



# I love making memories with you





# I love that you always have my back





# Taking Maggie to the park with you is so much fun!



From:      Jennifer Faith <jenniferurlaub@gmail.com>
Sent:      Tuesday, March 17, 2020 3:21 PM
To:      Darrin Lopez
Subject:      Re: Hello from your long lost friend

Hi Darrin,

Wow. My head has been swimming since I read this email this morning. You made my day, month, year, and possibly decade in reaching out to me and saying such nice things. Thank you.

I have searched for you myself quite a bit through the years, but never with any luck. I think the closest I got was figuring out you might be married to someone named Becca and you lived somewhere in Tennessee. Could be COMPLETELY wrong, but you're a hard man to find and there are no details out there about you (which, I am sure you appreciate). I found your Dad's obituary from 2015 and that he passed from cancer. I am really sorry to hear that. I hope the two of you found peace with each other before he passed. I think about you and your family a lot, and have often wondered what came of your brothers and sister. And how is your mom? Is everyone still in Tucson? I have your mom to thank for teaching me how to make home made crispy taco shells, and my family knows that. My husband and daughter also both know that I was "this close" to becoming the next "J-Lo". hahaha.

Oh lord - where do I start......

The family picture on Twitter is an old one - from 2010. Here is a picture from 2019 of all of us with our best friends. Our families have been best friends for 14 years.....we all travel together, etc, and now that we lie in separate states we are on a group text and not one single day goes by when we aren't texting each other.



And here is one of Jamie, Amber, and I from May, 2019 at Amber's college graduation party (read further).

1

G



My daughter, Amber, is 22...she will be 23 in May. She is my little over-achiever and finished her Master's degree at American University in Washington, DC last summer. ███████████████ My husband, Jamie, is Director of Web and Mobile for American Airlines. We have been together since 2005, and married since 2012.

Amber is the only child I ever had.....timing and life didn't work out to have anymore kids. Things were not easy for me for a very long time after we lost touch. I think you may remember I was dating a guy named ████ in Flagstaff right before you left (he was in my car with me when I was rear-ended in the Jack-in-the-Box drive-thru....remember that night? lol). Well, we got married in 1995 and then we moved to Virginia (Newport News) so I could get my Master's in Speech Pathology, which I did in 1997. Amber is ████ biological child, however in 1996 when I became pregnant (unplanned), he decided he didn't want to be married and didn't want kids. He pretty much freaked out and left. He never did remarry and he never had any other children, so I guess he was being honest. At any rate, that left me pregnant in my last year of grad school and alone in Virginia. I finished my thesis, passed my comprehensive exams, passed my national exam for my license, graduated, and had Amber all within 3 weeks of each other. I stayed in VA one more year because I won a fellowship year at a highly-ranked community hospital and didn't want to pass it up.

When I finished that, I moved to Phoenix in 1998 so I could be closer to my grandparents in Tucson and to my aunt and cousins in Albuquerque. My mom was a travel nurse at the time and her life was chaotic to say the least. Long story short, when Amber was about 3, ████ moved to Phoenix because he decided he wanted to get to know Amber. I had never filed for divorce at that point, so my mom and grandparents were pushing me to try to get back together with him. It was a fiasco because that was the last thing I wanted, so I rapidly filed for divorce, which pissed off my family to

2

no end, and then I quickly married the next guy who came along, which was a huge mistake and only lasted 9 months. This all caused such a huge rift between my mother, grandparents, and myself that we never got past it. I haven't spoken to my mother since 2001, and I was never able to get my grandparents to respond to me as much as I tried. My grandparents are both deceased now. As far as I know, my mother is on her 5th? marriage and living somewhere in uth Carolina.

At that point, I was tired of changing my last name, so I kept the mistake dude's last name (██████ - means "██████" in German) until I married Jamie in 2012 and became "Faith". ██████ was short-lived in Amber's life. He stayed in the Phoenix area, but was pretty much an absentee father, physically, emotionally, and financially, so Jamie is really the only "Dad" Amber has ever known, and when she turned 18 she asked him to adopt her, which he gladly did. Prior to 2005, I raised Amber by myself. It was sooo hard, but we managed well. Career-wise, I always managed to do super well. Once Jamie and I got together, and things were serious enough for us to move in together, I started pursuing more and more continuing education and additional certifications, which allowed me to teach several classes and head-up a program at ASU, and then in the hospital system, I started moving up the chain in healthcare administration and overseeing therapy programs and assisting with new hospital openings across the country. Jamie worked for Phelps Dodge until 2006 and then moved to US Airways, who bought American Airlines (but they kept the bigger airline name and headquarters), which is what brought us to Dallas, TX in 2017.

That's the "nutshell" version of where I've been, what I've done, etc. I have about a billion anecdotal things I would LOVE to tell you about (more than I can count....and they keep flooding my brain). There's a ton of juicy tales I have for you about people we know in common (the main one being about Jon Komar.....WAIT until you here this one....you will be blown away).

And, by the way, I love the song "What Might Have Been". The one that ALWAYS makes me think of you is Same Auld Lang Syne by Dan Fogelberg. For some reason, I always imagined something like that happening to us at some point.

I am certain you weren't expecting a book of a response back to you, but once I started typing I couldn't stop. I really pe you are doing well and you are happy. I have definitely missed you over the years and there have been so many imes I've wanted to talk to you. Thanks for being persistent in looking for me.

Love,
Jenn


On Tue, Mar 17, 2020 at 12:40 AM Darrin Lopez <drlp75@hotmail.com> wrote:

Hello Jenn,

Wow I am so happy that I finally tracked down your email and got a chance to say Hi.  I am not big on social media so I do not have Facebook or such so I have been tracking you down slowly since January.  Today I was excited to find your linked-in and twitter and joined linked-in today just to say Hi. I have not used my twitter in years and had to reset my stuff when I found you on there too.  From twitter I see you have a very nice family I am very happy for you. I was married I guess technically still am no Divorced filed yet but she left back in 2018 and now has a new man and kids living with her.  But I am doing good.  I raised all daughters 2 stepdaughters ██████r and ██████, and I also have twin girls ██████ and ██████ they are 16yo now and juniors in high school...wow. My youngest is ██████ and she just turned 13.  So thank you for the braiding lessons you gave me.  I never forgot them and I am the cool dad that can ench braid.  So even my girls know you not by name but has the GF that taught me how to braid.  I have been working on a letter for you for some time now because you have no idea how much I have though of you over the years and wanted to share that with you. As you may have guessed my life took me into the Army were I served 20yr on

3

active duty.  While there I followed my dream and joined Special Forces so I have been on the front lines since 9/11 happened.  Don't know how many military men you have known over these years but I want you to know you helped this soldier in ways you can't imagine.  That is a brief preview of what I have written.  If you get the chance look up the Country Western song by Little Texas "What might have been"...I have thought of you every time I heard that song ince way back in '96 when I got back from South Korea.  Hearing the song always puts a smile on my face and a happy thought of you.  I look forward to hearing what you have been up to all these years and I truly wish you the best.

As You Wish,

Darrin

Sent from **Mail** for Windows 10

4



H



I

**From:** Jennifer Faith <jenniferurlaub@gmail.com>
**Sent:** Saturday, April 11, 2020 7:26 PM
**To:** Darrin Lopez
**Subject:** Fwd: Starting Tomorrow

Nice.....

---------- Forwarded message ---------
From: **Jamie Faith** <jamiefaith511@gmail.com>
Date: Sat, Apr 11, 2020 at 7:24 PM
Subject: Starting Tomorrow
To: <jenniferurlaub@gmail.com>

http://www.eatingwell.com/article/290194/7-day-vegan-meal-plan-1200-calories/

1

K

| | |
|---|---|
| **From:** | Jamie Faith <jamiefaith511@gmail.com> |
| **Sent:** | Saturday, April 11, 2020 1:02 PM |
| **To:** | Darrin Lopez |
| **Subject:** | Re: Response |

First off, don't insult me; you're more than friends. Second, you didn't address any of my concerns. Third, her safety is my responsibility, not yours. I'm done communicating with you. My priority now is to make sure Jenn knows where she belongs and who she belongs to. And you can check in with her all you want. She'll learn what to tell you and what not to.

On Sat, Apr 11, 2020 at 12:22 PM Darrin Lopez <drlp75@hotmail.com> wrote:

Jamie,

It seems we are at an impasse in that each of us does not trust the other. I respect you asking me not to contact Jenn but for her safety I can not agree to that. I am her friend and I know how hurt and scared she is right now. I would like to point out a few things. First, you got involved in this by disrespecting her privacy and looking in places you should not have. By doing this you have crazy thoughts running through your head. I know the life Jenn has created for herself and I am very happy and proud of her that she did. She has accomplished awesome things and deserves to keep them all. So I have never had the intent to rip her from her life. It seems you think that I will be showing up tomorrow and taking her away, and that has never been the case. Believe it or not I have my own life here and I am not able to just pick up and leave. You alone have this idea in your head. Jenn does not want to lose what she has here. And I would not ask her to do that. Everything you did to her this past week she went along with to make you happy. You are there I am not. But you brought me into everything and showed me what you did to her. I am at a loss to see how a man that says he loves her and needs her in his life could treat her like that. Once I saw how bad she is hurting I am very concerned for her safety there. I have been talking with her at night because she is terrified of you and going into her room at night. You gave her nightmares and who can she talk with about them. She can't tell any of her normal friends what has happened how you treated her, So she talks with me. I will get involved to make sure she is safe and unhurt and do that in anyway I can. I do not want to get others involved but that will be up to you and how you treat Jenn starting now. I will continue to be Jenn's friend in any way she wants me to. I will for sure keep checking in on her until I feel you have regained some sense and can control yourself around Jenn. Do you actually see how you are making her feel? You alone are destroying what you have there. Be the husband you say you want to be, respect her let her feel safe around you and being home with you.


Darrin



Sent from Mail for Windows 10

1

J

**From:** Jamie Faith <jamiefaith511@gmail.com>
**nt:** Friday, May 8, 2020 1:14 PM
**.o:** Darrin Lopez
**Subject:** Jenn

Has she been telling you everything like she is supposed to? I have a feeling she has stopped talking to you about what's been going on. I am finally going to get what I want from her this weekend. Make sure to ask her about it. Look up any rough gang bang triple penetration with breath control porn and that's what we'll be doing to her. See if she will tell you. If she doesn't I'll need to start sending details again.

**From:** Jamie Faith <jamiefaith511@gmail.com>
**Sent:** Saturday, May 9, 2020 10:52 PM
**To:** Darrin Lopez
**Subject:** NICE

We split her like a peach....or should I say an Oreo. It was great. I hope she tells you the details. You will need to email me some key words tomorrow. It's a requirement to get her out of Monday.

# SEALED

**From:** Jamie Faith <jamiefaith511@gmail.com>
**Sent:** Saturday, May 9, 2020 11:21 PM
**To:** Darrin Lopez
**Subject:** Injuries Old and New

Good stuff. Enjoy knowing you can't do a fucking thing about it.



1







| | |
|---|---|
| **From:** | Jamie Faith <jamiefaith511@gmail.com> |
| **nt:** | Monday, May 11, 2020 10:46 AM |
| **To:** | Darrin Lopez |
| **Subject:** | Thanks |

It is a good system we have; you get her going and lubed up at night for me so when she comes to me I can start pounding her right away. And usually she already got herself off with you so I don't even need to take care of that. Once I use her for whatever I want, training starts until she is exhausted and begging for rest. Too bad you will never know that sweet tone of her begging me to let her go. Sometimes she even pays me to be released.

It has been a good birthday so far. Jenn is required to hold all the jizz that's already inside her until I tell her she can let it start to drip down her legs. I have you to thank for the activity today, but I was surprised I didn't get any key words. Don't worry; we are letting her get work done in between sessions. I am sure she will text you.

| | |
|---|---|
| **From:** | Jamie Faith <jamiefaith511@gmail.com> |
| **nt:** | Monday, May 11, 2020 11:38 AM |
| **o:** | Darrin Lopez |
| **Subject:** | Re: GET JENN HOME NOW |

That's fine. I just gathered everyone up so they can fuck her now all at once. We are going to make her text you what we are doing to her and how she feels since you want to be that close to her. Her wrists are tied together but she has her phone and is able to text.

On Mon, May 11, 2020 at 11:30 AM Darrin Lopez <drlp75@hotmail.com> wrote:

Take Jenn home right now or I will call the cops about a domestic disturbance at your home.....What will Amber think when she answers the doors to cops being there....You have 30 min to get her home and for her to call me or the cops will be called.

Sent from **Mail** for Windows 10

1

From:        Jamie Faith <jamiefaith511@gmail.com>
nt:          Monday, May 11, 2020 3:13 PM
o:           Darrin Lopez
Subject:     Pics

# SEALED

SEALED

| | |
|---|---|
| **ɔm:** | Jamie Faith <jamiefaith511@gmail.com> |
| **ιt:** | Thursday, May 14, 2020 1:30 PM |
| **ιo:** | Darrin Lopez |
| **Subject:** | Perfect Nooner |
| **Attachments:** | 289442.jpg |

Her ass is still amazing but that perfectly good pussy out of commission; what a shame. All she did was cry the whole time; such a turn-on. And the fever makes it feel like I am fucking fire. Too bad you can't experience this for yourself but I am nice and included a pic for you.

| | |
|---|---|
| m: | Jamie Faith <jamiefaith511@gmail.com> |
| nt: | Thursday, May 28, 2020 11:40 PM |
| To: | Darrin Lopez |
| Subject: | You know – |

She's a fucking fat chunky bitch, right? Not sure what pictures she has sent you but she's hideous and huge. Nothing you would ever want to fuck which is why I just use her for whatever I want. Thought I'd warn you while the two of you are talking.

# Jenn Faith needs help

↩ Reply    ↩ Reply All    → Forward

Darrin Lopez <dhjp75@hotmail.com>
To ◯ ⬤ 25@gmail.com

Wed 5/13/2020 10:32 AM



Choking.jpg    Mouth May 02.jpg
3 KB              27 KB

Hello ⬤

I am Darrin Lopez. I am the old friend of Jenn Faith, I re-connected with her in mid-March. I was the one putting the smile on her face. I think she mentioned me to you, not positive though. I am writing to you to ask you for your help. Jamie, Jenn's husband is physically and sexually abusing her. This started at the end of March when Jamie broke into Jenn's phone and read the text messages between the 2 of us. Jamie started to physically abuse her at home and then he started to take her to his friend's house Jeremy, where he was having Jenn gang-raped for her talking to me. Do you recall this the week at the end of March when Jamie called to tell you Jenn was sick and needed the week off? Jenn was not sick but needed that time to recover from the abuse she received from him and the other men. Jamie is getting pleasure from hurting her in extreme ways and sexually abusing her. When he does this he takes Jenn's phone and texts me the graphic details of what he is doing to Jenn and even sends pictures. This past weekend was his birthday and he took great pleasure in hurting Jenn. This time he sent me emails directly from him. So I am thinking if you reach out she knows that someone else cares and does not blame herself for this. Second would you be willing to contact Jamie either via email or phone? If the obvious someone other, then she knows he might snap back into some proper mind set. Jamie does not think I am able to do anything to stop him. I have emailed Jamie with no positive response from him only more sick things he sends back. To this point Jenn has not wanted the police involved but I feel she might be changing her mind in that respect too. I know Jenn's fear is keeping Amber out of this. So far Jenn has kept everything secret from Amber. Jamie only does things late at night once Amber goes to sleep. Then Jamie makes up excuses to take Jenn away from the house for hours to abuse her. So another way you might help would be to threaten Jamie with you telling Amber what is going on. I know for a fact Jamie does not want Amber finding out about anything. I have been working on Jenn to tell Amber and she is not there yet but maybe with you also weighing in she might change her mind. I have the emails from this weekend to send to you if you want to see them. But I must warn you the emails are VERY GRAPHIC showing Jenn in various sexual positions being abused. So just let me know if you wish to see them. If there is any other way you think we can help Jenn I am willing to do anything, just let me know. Thank you for reading this I hope you might get involved but I can understand if you wish to stay out of this. You can email me or myself if ⬤ ⬤

Thank You,

Darrin

P.S.  the pics are from last night. Jamie slapped Jenn doing that to her lip then he sent me the pic of him choking her.

Sent from Mail for Windows 10



M



www.shutterstock.com • 14967

ipeg 450

**From:** R⬛⬛ S⬛⬛ <s⬛⬛225@gmail.com>
**Sent:** Thursday, May 21, 2020 11:43 AM
**To:** Darrin Lopez
**Subject:** Re: Jenn still ok

Hey Darrin,

Thanks for the update. I am also very concerned and if it were up to me, I would tell you to go for it with your idea - lol; I'll give you an alibi. I still think ⬛⬛ should know....he is good friends with both of them and protective of Jenn and he might be able to talk some sense into Jamie, but then again maybe he is too far gone. Still in shock at all of this. Thanks for looking out for her and let me know how things go this weekend.

R⬛

On Wed, May 20, 2020 at 5:36 PM Darrin Lopez <drlp75@hotmail.com> wrote:

Hi R

Thank you for checking in on Jenn. She says that there is still a lot of tension at home. Her and Jamie have been arguing a lot more but so far no abuse. Jenn says Jamie is still in a weird mood and is distant a lot, so I am still worried too. I am concerned about this weekend since it will be a longer one with Monday the holiday. I hope Jamie doesn't do anything this weekend. I still feel he is very fucked up in the head. I know I wont feel better about her situation until she is out of the house away from him or she lets me put a bullet in Jamie's head. I keep offering and she keeps lling me no...LOL. I will keep you informed about Jenn and I will reach out if I think she is in trouble. Thank you again ror your involvement in this mess. Take Care

Darrin

Sent from Mail for Windows 10

1

O

**From:**       R███ S███ <s████225@gmail.com>
**at:**         Sunday, July 26, 2020 3:14 PM
**o:**          Darrin Lopez
**Subject:**    Fwd: Pic

Darrin,

I talked to Jenn - he's been burning her, among other things. I convinced her to send me a pic (see below) just in case we need it. She didn't want me to tell you, so please keep it between us. I am going to be out there this week; I'll probably fly out Tues, and I'll stay until I feel like Jamie is under control or until I can convince Jenn to get the cops involved. If you want me to fill you in on other details, I will, but I know you said you didn't want to hear the details, so just let me know.

R

---------- Forwarded message ---------
From: **Jennifer Faith** <jenniferurlaub@gmail.com>
Date: Sun, Jul 26, 2020 at 3:08 PM
Subject: Pic
To: <s████225@gmail.com>

Again - please do NOT tell Darrin about this.

1

**P**



**From:** Jennifer Faith <jenniferurlaub@gmail.com>
**nt:** Monday, September 7, 2020 7:33 PM
**,o:** Darrin Lopez
**Subject:** Fwd: DFW - LAS 09/18/2020

---------- Forwarded message ---------
From: **NO-REPLY-Travel-Planner@aa.com** <NO-REPLY-Travel-Planner@aa.com>
Date: Mon, Sep 7, 2020 at 7:29 PM
Subject: DFW - LAS 09/18/2020
To: jenniferurlaub@gmail.com <jenniferurlaub@gmail.com>



## Travel summary

| | |
|---|---|
| Record locator | **KEMXMK** |
| Trip description | **DFW / LAS - 09/17/2020** |
| Priority code | **A6P** |
| Estimated charges | **USD 0.00** (total for all travelers)* |
| Imputed income | **USD 337.60** (total for all travelers)** |

## Travelers

1. JAMES FAITH

2. JENNIFER FAITH

## Travel itinerary

**Dallas/Fort Worth / Las Vegas** &nbsp Thu, Sep 17

1

Q

| | | |
|---|---|---|
| Departure | **Dallas/Fort Worth (DFW)** Thursday, Sep 17 - 4:40 PM | **American 2609** 2h 53m |
| Arrival | **Las Vegas (LAS)** Thursday, Sep 17 - 5:33 PM | |

Seat    **Main** - Confirmed

**Las Vegas / Dallas/Fort Worth** &nbsp Mon, Sep 21

| | | |
|---|---|---|
| Departure | **Las Vegas (LAS)** Monday, Sep 21 - 8:00 AM | **American 1780** 2h 41m |
| Arrival | **Dallas/Fort Worth (DFW)** Monday, Sep 21 - 10:41 AM | |

Seat    **Main** - 8B,8A

\* These estimated non-rev service charges include estimated taxes. Estimated charges for any non-USD currency are based on the most recent exchange rate. Actual charges will reflect the exchange rate in effect on the date the travel charges are processed. For additional segment charges, go to the Travel Charges page and enter the city pairs.

\*\* This itinerary is subject to imputed income for tax purposes as required by the IRS and certain other foreign jurisdictions. Trips are valued for imputed income purposes based on the mileage for each segment flown and the value is reflected on your pay statement under the category "imputed income- taxable." Imputed income is not deducted from your net or gross pay. Instead, it is added to your gross taxable earnings on your pay statement and year-end W-2 statement.

The company will help minimize the tax impact on you by "grossing up" your income, if applicable. The company will provide tax gross-up/assistance according to your annual imputed income cap using a flat gross-up factor depending on your base salary. Imputed income is displayed in USD only.

Depending on your individual circumstances, your personal income tax obligation may be higher than amounts withheld and remitted. Please consult your tax advisor if you have questions or concerns.

## Use caution when packing

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, rrosive and more. **Go to Faa.gov for more information**

2



S



**Angel**
Mobile

Back up with my tongue to your balls....licking from your taint to your balls....sucking lightly on each one

Tongue continues to lightly lick and tease the shaft of your cock

I circle the tip of your cock with my tongue and the softly kiss the whole tip with big wet lips

I kiss again and add some tongue flicks...sucking in the tip of your cock so slightly past my lips

I put my hand down and

Type a message...

## Rules for Angel, my submissive

1. No kissing another man on the lips. This action is too intimate, and you will only show that kind of intimacy to your Dom Sergeant. (Present living conditions understood)
2. No engaging in sexual activity with another man without your Dom Sergeant being present. Your Dom Sergeant gets great pleasure from watching his submissive engage in sexual actions with another. Your Dom Sergeant enjoys showing off his submissive and takes great pride in how she is able to offer another man great sexual pleasure. Engaging in sexual activity without your Dom Sergeant present would deny your Dom this special pleasure and is unacceptable. (Present living conditions understood)
3. Prior to leaving home you will put on a bra and continue wearing it while engaged in activities outside the home unless otherwise directed by your Dom Sergeant. Upon arriving back home your first action will be to take off your bra thus releasing your Dom Sergeant's tits from bondage.
4. When you add a name to your Tome of "Men I want to Fuck", the addition will cost you 5 hard spankings from a paddle. This will show and prove to me your true desire in wanting to fuck the new man added to your Tome.
5. Once your living situation allows, you will wear a choker/collar at all times. The chokers/collars will be given to you from your Dom Sergeant. Your Dom Sergeant will also instruct you on which choker/collar to wear. You are allowed to remove your choker/collar prior to a shower/bath. You will also remove your choker/collar prior to engaging in workout activities…ie…going to the gym. The lack of having the pressure around your neck while you increase your heart level and release endorphins will actually make your desire to have your choker/collar back on increase and will also have you thinking of me when you workout.
6. Masturbation- When you feel the need to play when your Dom is not present you will text your Dom asking for permission to touch yourself. You will inform your Dom of which toy/toys you will be using to bring yourself sexual pleasure and where you will be using it at, your pussy, ass, or tits. Your Dom may not always be available to respond to your text so after 3min of sending your request a non-response from your Dom will constitute your Dom's permission where you can begin to play and bring yourself sexual gratification. After your play session you will also text the # of orgasms you achieved during your session.
7. Orgasm- Prior to any orgasm you will inform your Dom of your need to climax and wait for His approval before you let your body climax in pleasure. When your Dom is present or when you are on a direct phone call with Him your Dom Sergeant will provide all instructions verbally to you on what you must do. If your body is unable to climax within 30sec of when told to do so or if you climax prior to your Dom Sergeant telling you to 'Cum' then both will be grounds for punishment. When only in text communication with your Dom and you text that you are ready to climax, you will wait 60sec to receive a response from your Dom Sergeant. At the end of 60sec, if no response has been given that will constitute your Dom's permission to climax and you may enjoy your sexual

V

gratification.  If your Dom is able to respond via text he will use these following commands directly for controlling your orgasm. STOP- you will stop all touching of your self and move the toy away from your body stopping all contact immediately.  RESUME-you will begin again in the manner in which you were playing when you received the command to stop.  On resume you will touch your body and put your toys back all at the same levels they were at when you received the command Stop.  HOLD- this will be your most difficult command to follow.  On receiving the command Hold you will continue pleasuring your self at the same intense level and with the same toys, just that you will deny your body the relief of an orgasm.  You will continue to play staying at the same intense feeling prior to a climax.  You will continue in this manner waiting for your Dom to give another Command.  CUM- this will be the command releasing you to have an orgasm.  When you climax you will inform your Dom of the orgasm and also call out the # it was during the play session.  If you climax prior to the command of Cum or you are unable to climax within 30sec of the command Cum both will be grounds for punishment.  A text session may look like this so you can see what is expected of you….after your Dom receives your request to climax you get back  HOLD, HOLD,STOP,RESUME,HOLD HOLD,HOLD…CUM.  If you lose track of the # of orgasms and get the # incorrect that is also grounds for punishment.









**Angel**
Mobile

in application. Its not available till the first week of Feb, they have not posted it yet even 😃

I love you 💕

I love you too. So much

Let me know what you need to list me on the application

I will for sure

You'll probably need my SSN and DL# and you might need a copy of my DL

I can email all of that to

Type a message

**W**













11:58

**Angel**
Mobile

I might take your present and get it shipped on Monday because I am worried about how long it will take to get that one to you

And then I'll send everyone else's later in the week when I have them alll

Your package with the credit cards should be in today's mail

Make sure you pack enough food with you in case it takes longer for you to arrive 😉

Type a message...

| | |
|---|---|
| From: | Jennifer Faith <jenniferurlaub@gmail.com> |
| Sent: | Wednesday, November 25, 2020 3:13 PM |
| To: | Darrin Lopez |
| Subject: | CC Info |
| Attachments: | cc info.jpg; cc info_003.jpg; cc info_001.jpg; cc info_002.jpg |

Here's both of my major CC's. AMEX has no limit and I think the Visa has like $35,000 limit. I pay them both off every month, so you never need to worry about them being declined. I scanned copies of both for you as well. PLEASE don't hesitate to use them for whatever you need, especially when it's stuff for the girls.

AMEX: ▮▮▮74897611014 EXP: 12/24 CCID: 0955 Jennifer Faith
VISA: ▮▮▮▮80020566123 EXP: 09/23 CID: 065 Jennifer L. Faith

Billing address is ▮▮▮ S Waverly Dr, Dallas, TX 75208.

I love you,
Jenn

1





 

# Support for Jennifer Faith



Jennifer Svelan is organizing this fundraiser on behalf of Jennifer Faith

Jennifer and her husband Jamie had just celebrated their anniversary when they took their routine morning stroll with their dog Maggie early the next morning. Unfortunately, this morning was like no other as they were randomly targeted in a heinous crime and ultimately Jamie lost his life. Jennifer and their dog Maggie were both injured but are now home recovering. Jennifer and their daughter Amber, who has been living at home since the pandemic, need our support now more than ever. Jamie was the sole income earner as Jennifer had to quit work due to health issues a few years ago.

Jennifer and Jamie relocated from Arizona 3 years ago, fell in love with Oak Cliff and chose to make it their home. They are loved greatly by neighbors who said they were never without a smile and a wave as they were often seen walking Maggie in

**$60,623** raised

Share

This fundraiser has been deactivated by the organizer

Raviteja Tatineni
$70    2 mos

Brandi Hines
$25    3 mos

Anonymous
$500    3 mos

Mark Mathews
$50    3 mos

Anonymous
$25    3 mos

See all    ○ See top donations

CONFIDENTIAL

Z



aa











dd



















7:11 ✈



Jennifer ›

Yesterday 1:33 PM

You can set up a phone and email account here. This link will also put $10 in your account. Just in case you want it.

pgn.co 

Thanks

You're welcome

Yesterday 10:01 PM

Have you heard from him at all? I just saw bail was posted for $1,000,000, which means $100,000 bond.

Which my lawyer said is a ton lower than he thought it would be. He thought it would be a lot higher and then said he didn't think they would even post bail because of the federal charges

I hope he knows not to say a word to anyone without a lawyer

Text Message

hh

6:27 ⏱   ◦⊪⊪ LTE ▭



Jennifer ›

You                              9:12 PM
Thank you. Talked to Sherry

He responded

If he asks, 3-8-1......Three word, eight letters, one meaning. I used to send him that in note we passed in class in HS, but not sure if he will remember

Ok good I'm glad you heard from him. I will let him know. I have a visit with him Saturday it will be good to see him.

Perfect

I am glad you're going to see him too

Me too. I need to see him in order to know that he's ok.

Agreed. Please let me know how it goes

I also need to know he is ok and safe

I will

   Text Message   

       

6:56 ⏎ 



Jennifer ›

> I will let them know. Thank you so much. They really need to be supported right now.

Yesterday 11:01 PM

Hey ████. I hate to ask this, but I don't know what else to do. I need to let Darrin know I am with him, will always be with him, regardless if whatever has happened. I've just needed to be cautious because every communication is being monitored. Can you please pass along that message. I tried tonight after getting super drink, but I am sure he doesn't believe it was me. Please tell him ASAP I will always be his.

Today 6:51 AM

> The girls are going to "see" him today. I will tell ███ to let him know. I know that he must realize. You're still about the only thing he talks about. I will let you know if he has a message for you. Also have you thought about one if those disposables? I don't think they can be monitored.

Text Message

  
       

ii

ⓧ

jj

One of ██████ security cameras picked up all of that, so he sent me the video clip of it. Pretty cool. ██ & I immediately knew it was Jamie - it just felt like him aside from the fact that the Google assistant just doesn't talk like that. The third time happened when Amber was home by herself. She was on the phone & someone & she was telling them how much she likes her job & her career & what it is growing into. She hung up the phone & the Google assistant in the kitchen said "I'm happy you're happy."

Three nights ago, I dreamed Jamie was laying beside me in my bed in the cell. It was super vivid - like he was really there. I had my hand on the side of his face - which I would do alot when he was alive - We would face eachother & talk & I would often put my hand on his cheek. Anyway, he told me in this dream that he wasn't able to stay with me & watch over me anymore & he needed to move on. I told him I understood - I kissed him & told him "It's ok to go, I love you." He said, "Ok, I love you too" and closed his eyes & then I abruptly woke up. Ever since then I've been having the crying spells that I can't control (many times I start crying, but I can make it stop). Luckily, the women in my pod are super caring & supportive, but I still try to hide it as much as possible. Anyway, wanted to share those "Jamie" encounters with you. They are bittersweet, but I would rather they have happened than not.

Many of the women in here loved your kitten stationary (& I loved the sticker @ the end of the letter). We don't get such ~~██████~~ luxuries 😊 in here ha ha.

10/7/2021

①

kk



I got your letter today. Some logistics first – the address you sent to was incomplete – I probably sent it to you incorrectly. Here's the mailing address:

Johnson County Correctional Center
Jennifer Faith #202101343
P.O. Box 30022 PMB 35803
Durham, NC 27702

I'm sure you've gotten all the news at this point about my case, Murder-For-Hire. Here's what I can tell you. Yes–I had an inappropriate relationship with Darrin, which Jamie knew about and we were working through it. I never physically touched him nor did I even lay eyes on him since I last saw him 27 years ago. I NEVER offered to pay him any money for anything, but I did send money to his kids from time to time for birthdays, back-to-school, etc. Jamie + I did the same thing for the kids next door. I did offer to co-sign a lease on a house after Jamie was murdered, obviously having no idea Darrin was the murderer. I NEVER sent Darrin emails from any email account but my own, and even some they are saying I sent, I did not send. I don't know what else to say because I don't know anything about all the rest of it. I do know Jamie was nothing but an amazing husband to me and father to Amber and I w???/

②

forever regret a lot of things I did, but I never did anything illegal and I certainly would never do anything that would cause him physical harm in any way.

The catch is this - no one believes me. Amber is hanging on by a thread and I don't even think my lawyers believe me anymore. If they don't believe anything, how can I expect a jury to? I'm going to court on 10/12 to plea Not Guilty to the new charges, but after that, I am at a loss. I don't want to drag everyone through a trial and listen to them try to bash Jamie's & my marriage and put Amber through torture, so I just don't know what to do. Everyone is telling me not to give up, but it's hard not to - I just want peace for everyone. Jamie knows the truth, I know the truth, and God knows the truth and I think I'm going to need to be content with that. At this point, I'm going to enter my Not Guilty plea and trust that God will come through with some sort of plan, but if not, I'll figure something out to end this craziness.

Conditions at the new jail are a tad better, but not much. We're dealing. Everyone's lawyers are calling and complaining to the US Marshalls and the Federal judges, so we'll see.

I was relieved to hear that ▓▓▓ brain scan was normal. I'm sure the confusion and stuff was because of the chemo, so a break is probably good.

*[right margin, written vertically:]* was porn and that stuff I passed off. The pornograph I was selling + that's how I helped them when I helped them!

③

I couldn't help but laugh about the bungee cord attaching  to his walker. Cracked me up.

I guess that's it for now. The next few days are going to suck. Tomorrow is the anniversary that Jamie & I always celebrated — we met 16 years ago — and then of course the day after that — ugh. Amber hasn't been in contact with me for 2 days. She says she is super busy, which, I know she is, but it's hard not talking to her everyday, especially this week.

Thinking about you both all the time. I love you.

Love,
Jennifer