IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | No. 3:21-CR-00137-B |
| v. | § | Judge Boyle |
| | § | |
| JENNIFER LYNNE FAITH | § | |

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF THE SENTENCING HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JENNIFER LYNNE FAITH, and would show the following:

Ms. Faith's PSR objections are due on April 22, 2022, and her sentencing hearing is scheduled for May 26, 2022.  However, undersigned counsel Cody Skipper has been preparing for a trial before Judge Starr (*United States v. Stroud, et al.*; No. 3:19-CR-439-X), which begins April 25, 2022, and he needs additional time to review the PSR with Ms. Faith and to prepare for the sentencing hearing.  Therefore, the undersigned requests that the sentencing hearing and all related deadlines be continued for thirty (30) days.

As far as scheduling conflicts, Cody Skipper will be unavailable from June 24 – July 1, 2022 (annual family vacation), and Toby Shook will be unavailable from June 23 – June 29, 2022 and July 9 – July 16, 2022 (annual family vacation).

WHEREFORE, PREMISES CONSIDERED, Ms. Faith respectfully requests that her sentencing hearing and all related deadlines be continued for thirty (30) days.

Respectfully submitted,

*s/ Cody L. Skipper*
CODY L. SKIPPER
SBN: 24041928
3131 McKinney Avenue, Suite 800
Dallas, Texas 75204
T: 214.740.9955
F: 214.740.9912
cody@skipperdefense.com

*/s/ Toby Shook*
TOBY SHOOK
Texas Bar:  18293250
2001 Bryan Street, Suite 1905
Dallas, TX 75201
Telephone: 214-850-9229
tobyshook@tobyshooklaw.com

Attorneys for Jennifer Faith

CERTIFICATE OF CONFERENCE

I certify that on the 20th day of April, 2022, I conferred with Rick Calvert, Assistant United States Attorney, and he is not opposed to this motion.

*s/ Cody L. Skipper*
CODY L. SKIPPER

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice was filed electronically with the Clerk of the United States District Court for the Northern District of Texas using the CM/ECF system, which will send notification of such filing to Rick Calvert, Assistant United States Attorney, via the court's electronic filing system, on this the 21st day of April, 2022.

*s/ Cody L. Skipper*
CODY L. SKIPPER