IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | No. 3:21-CR-00137-B |
| v. | § | Judge Boyle |
| | § | |
| JENNIFER LYNNE FAITH | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF THE SENTENCING HEARING

Before the Court is the Defendant's Unopposed Motion for Continuance of the Sentencing Hearing.

Defendant's motion is hereby GRANTED.