# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

USA

V.

Jennifer Lynne Faith

## EXHIBIT AND WITNESS LIST

Case Number: 3:21-cr-137-B

| PRESIDING JUDGE<br>Jane J. Boyle | PLAINTIFF'S ATTORNEY<br>Rick Calvert | DEFENDANT'S ATTORNEY<br>Cody Skipper and Toby Shook |
|---|---|---|
| TRIAL DATE (S)<br>6/21/2022 | COURT REPORTER<br>Shawnie Archuleta | COURTROOM DEPUTY<br>Jenelle Wilson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/21/2022 | Yes | Yes | Video from neighbor security camera |
| 2 | | 6/21/2022 | Yes | Yes | Video from security camera |
| 3 | | 6/21/2022 | Yes | Yes | Video of police interview with defendant |
| 4 | | 6/21/2022 | Yes | Yes | Video of Lopez in neighbor's yard |
| 5 | | 6/21/2022 | Yes | Yes | Video of Fox 4 interview with defendant |
| 6 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 7 | | 6/21/2022 | Yes | Yes | Video of WFAA interview with defendant |
| 8 | | 6/21/2022 | Yes | Yes | Photo of Darrin Lopez |
| 9 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 10 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 11 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 12 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 13 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 14 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 15 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 16 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 17 | | 6/21/2022 | Yes | Yes | Photo of Lopez' vehicle taken by witness |
| 18 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 19 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 20 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 21 | | 6/21/2022 | Yes | Yes | Photo of Lopez' vehicle taken from pole camera |
| 22 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Jennifer Lynne Faith | CASE NO. 3:21-cr-137-B |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 24 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 25 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 26 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 27 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 28 | | 6/21/2022 | Yes | Yes | Text message between defendant and Sherry |
| 29 | | 6/21/2022 | Yes | Yes | Text message between defendant and Sherry |
| 30 | | 6/21/2022 | Yes | Yes | Letter from defendant to Lopez |
| 31 | | 6/21/2022 | Yes | Yes | Text message between defendant and Lopez |
| 32 | | 6/21/2022 | Yes | Yes | Video from Ring doorbell camera |

Page  2  of  2  Pages