
ring.com
GOVERNMENT
EXHIBIT
#14
PENGAD 800-631-6989