

GOVERNMENT
EXHIBIT
#9

PENGAD 800-631-6989