> **Angel** (Mobile)
>
> 12/8/20 6:49 PM
>
> Ooooh...early Christmas presents arrived today...the BDSM gear i ordered is here 😄
>
> I will send pics....I hope you will like
>
> Oooo!!!! Sooo fun!!!

GOVERNMENT EXHIBIT #12