2:08

Angel
Mobile

Now life insurance is waiting on the detective as well

Oh so awesome!!

Fun!

Not today but her worked on it a bunch last night

Hahaha

The three of them went to walk around Bishop Arts today

You asked.... 🤷🏼‍♀️

GOVERNMENT
EXHIBIT
#15

PENGAD 800-631-6989