

**Angel** Mobile

12/3/20 3:28 PM

If for some reason the detective ever questioned you and asked you about my relationship with Jamie, you would tell them it was good as far as you know, right?

Just want to make sure you would never say anything that would stick out

Exactly...nope won't say anything contrary to that

cool

GOVERNMENT EXHIBIT #16