**Angel** Mobile

12/4/20 8:55 AM

Good morning. I love you

So, I woke up in a little bit of a panic.....somethi g is eating away at me telling me you need to take the sticker out of the back window of the truck

It might just be me over thinking or something, but I'll fee a ton better if you take it off and clean the window really well

GOVERNMENT EXHIBIT #18