GOVERNMENT
EXHIBIT
#23