If asked about you, you are an old friend going through a divorce. We talk every night because I am helping/giving support with the girls since you have sole custody. If it ever comes to it, I'll answer the same way about anything financial also..... divorce killing you financially, so I am helping out where I can

Just so you and I have the same explanations

We talk after kids go to bed

Good idea...I like it

GOVERNMENT EXHIBIT #25