> **Angel** Mobile
>
> Good idea...I like it
>
> Just thinking in case they pulled phone records and ask
>
> Ok
>
> You are doing good
>
> Yes...needed that catch
>
> 1/10/21 12:22 PM
>
> Yay!!
>
> 😀 so good
>
> 1/10/21 12:28 PM
>
> Yesss

GOVERNMENT EXHIBIT #26