Yesterday 10:01 PM

Have you heard from him at all? I just saw bail was posted for $1,000,000, which means $100,000 bond.

Which my lawyer said is a ton lower than he thought it would be. He thought it would be a lot higher and then said he didn't think they would even post bail because of the federal charges

I hope he knows not to say a word to anyone without a lawyer


PENGAD 800-631-6989
GOVERNMENT EXHIBIT #28