Yesterday 11:01 PM

Hey Sherry. I hate to ask this, but I don't know what else to do. I need to let Darrin know I am with him, will always be with him, regardless if whatever has happened. I've just needed to be cautious because every communication is being monitored. Can you please pass along that message. I tried tonight after getting super drink, but I am sure he doesn't believe it was me. Please tell him ASAP I will always be his.

GOVERNMENT EXHIBIT #29