


Darrin Lopez #21604512
P.O. Box 660334
Dallas, TX 75266

2WL-18

75266-033434

10/19/2021

Hi!

575... Just a quick note to say I never lied to you and I never sent you emails from any account but mine, as me. You once said you would never believe anything about me unless you heard it from me; I hope that's still true. There is a ton more I wish I could say, but I can't right now. Soon, hopefully. If you want to respond, you can write back to the address on the envelope. Your cousin Tony never sent the letter you wrote - only said he got one, so don't go through him anymore.

3-8-1 ... still, now and forever.



