GOVERNMENT EXHIBIT #32